USDC SCAN INDEX SHEET










```
JPP    11/1/05   9:55
3:05-CV-02037   AZIZ V. CHERTOFF
*1*
*CMP.*
```

Robert A. Mautino, Esq.
Mautino and Mautino
444 West "C" Street
Suite 320
San Diego, California 92101

(619) 235-9177



FILED
05 OCT 31 PM 1:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maysoon Aziz<br><br>Plaintiff,<br><br>-vs-<br><br>Michael Chertoff, Secretary, Eduardo Aguirre, Director, and Debra Rogers, District Director, Department of Homeland Security, and Alberto Gonzalez Attorney General,<br><br>Defendants. | '05 CV 2037 L (POR)<br><br>COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS<br><br>INS NO. A46-101-344 |

Plaintiff by her attorney, complaining of Defendants alleges as follows:

1. Plaintiff is a lawful permanent resident who resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. 1421 et seq.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Eduardo Aguirre is the Director of the Bureau of Citizenship and Immigration Services (CIS) of the DHS and Debra Rogers is the District Director of the San Diego District of the CIS and Alberto Gonzalez is the Attorney General of the United States. All Defendants are sued herein in their official capacities. Defendants are in charge of the processing and adjudication of applications for naturalization.

1

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651 and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes and 28 U.S.C. 2201.

4. On or about January 23, 2003, the Plaintiff filed an application for naturalization under 8 U.S.C. 1421 et seq. with the Defendants' predecessor agency, the Immigration and Naturalization Service (INS), in San Diego, California.

5. On September 11, 2003, the Defendants' agent scheduled a hearing on the Plaintiff's application for November 21, 2003. Thereafter, on October 3, 2003, the Defendants canceled Plaintiff's hearing and stated that they would advise the Plaintiff of any rescheduled hearing.

6. On October 14, 2003, the Defendants' agent scheduled a hearing for December 4, 2003. Thereafter, on October 27, 2003, the Defendants canceled this hearing stating that they would notify the Plaintiff of any rescheduled hearing.

7. Since October of 2003, Plaintiff and counsel have made many inquiries about the status of Plaintiff's application for naturalization. The Defendants' agents have indicated only that some sort of investigation is under way. No satisfactory response has ever been given in the two years and ten months that this application has been pending.

8. Plaintiff has exhausted her administrative remedies.

9. Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law and regulations.

10. Defendants have effectively denied the Plaintiff the opportunity to become a United States citizen.

11. Plaintiff has been greatly damaged by Defendants' failure to act in accord with their duties under the law and regulations.

12. The Defendants, in violation of the law and regulations, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiff's case.

////

////

WHEREFORE, Plaintiff prays:

That the Defendants be ordered to adjudicate Plaintiff's application for naturalization without delay.

That the Court award Plaintiff reasonable attorney's fees, and

That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated: 10/31/2005

Robert A. Mautino
Mautino and Mautino
Attorney at Plaintiff

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Maysoon, Aziz

## DEFENDANTS
Michael Chertoff, Secretary et al.

FILED
05 OCT 31 PM 1:58
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
444 West "C" Street, Suite 200
San Diego, CA 92101

Attorneys (If Known)
'05 CV 2037 L (POR)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8:1329(b)

28 USC 1331, 1361 and 1651; action in mandamus to compel administrative action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 10/31/2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____